Michael C. Van, Esq.
Nevada Bar No. 3876
Robert A. Ryan, Esq.
Nevada Bar No. 12084
**SHUMWAY, VAN & HANSEN, CHTD.**
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123
Telephone: (702) 478-7770
Facsimile:  (702) 478-7779
*Email: michael@shumwayvan.com*
           *rob@shumwayvan.com*
*Attorneys for Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br><br>ENCORE SERVICE CORPORATION, LLC,<br><br><br><br>Debtors. | Bankruptcy No. 14-13699-abl<br>[Chapter 11]<br><br>Hearing Information<br><br>Date:     July 9, 2014<br>Time:    1:30 p.m.<br>Place:    Foley Federal Building<br>             300 Las Vegas Blvd. South<br>             Las Vegas, Nevada 89101<br>             Courtroom 1 |
|---|---|

### FIRST STATUS REPORT AS OF JULY 9, 2014

The Debtor, ENCORE SERVICE CORPORATION, LLC (the "Debtor"), by and through counsel, hereby submits its First Status Report as of July 9, 2014 ("Status Report"), with respect to this Chapter 11 case.

1. The Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code on May 27, 2014 ("Petition Date").

2. On May 27, 2014, the Debtor submitted an Application to Employ Shumway Van & Hansen Chtd. as Counsel for the Debtor and Debtor-in-Possession ("Application to Employ") [ECF Docket No. 5]. A hearing on the Application to Employ was held on July 2, 2014 [ECF Docket No. 7], wherein the Application to Employ was granted.

1

3. The Order Approving Application to Employ Shumway Van & Hansen Chtd. as Counsel for the Debtor and Debtor-in-Possession was entered by the Court on July 3, 2014 [ECF Docket No. 25].

4. On May 27, 2014, the Debtor submitted a Motion to Designate Responsible Individual ("Motion to Designate") [ECF Docket No. 8]. A hearing on the Motion to Designate was held on July 2, 2014 [ECF Docket No. 10], wherein the Motion to Designate was granted.

5. The Order Approving Motion for Approval to Designate Responsible Individual was entered by the Court on July 3, 2014 [ECF Docket No. 26], wherein Richard Lee Broome was designated as the individual responsible for any and all duties and obligations of the Debtor-in-Possession as it relates to all matters arising in or related to this Chapter 11 bankruptcy case in accordance with FRBP 9001(5).

6. On May 29, 2014, the Debtor submitted a Motion for Order Directing Joint Administration of Related Cases Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015 ("Motion for Joint Administration") [ECF Docket No. 14]. A hearing on the Motion for Joint Administration was held on July 2, 2014 [ECF Docket No. 16], wherein the Motion to for Joint Administration was granted. The Court ordered that the above Chapter 11 case be jointly administered with the case of *In re Encore Acceptance I, LLC*, Bankruptcy No. 14-13698-abl. The Order approving the Motion for Joint Administration has not yet been uploaded; however, the Debtor anticipates that the Order will be uploaded prior to the hearing on this matter.

7. On June 17, 2014, the Debtor, through its designated individual, appeared at the Initial Debtor Interview ("IDI") at the Office of the United States Trustee which was conducted and concluded the same day.

8. The § 341(a) Meeting of Creditors was held on July 3, 2014, wherein the Debtor, through its designated individual, appeared with counsel. The § 341 was conducted and concluded the same day.

9. The Debtor is in the process of completing its Monthly Operating Report for the period from the Petition Date to June 30, 2014 (Second Quarter 2014), which is due on or before July 21, 2014. The Debtor anticipates that their quarterly fee payment to the United States Trustee for the Third Quarter of 2014 will be the minimum of $325.00, and such payment will be made on or before the due date of July 31, 2014.

10. While the Chippewa Cree Tribe of Rocky Boy's Reservation of Montana (the "Chippewa Cree Tribe") appeared at the § 341 Meeting through counsel, no creditor or party-in-interest has made an appearance in this Chapter 11 case.

11. Other than the slight possibility that certain creditors may take steps to remove their claims from the Bankruptcy, the Debtors do not foresee any issues that would prevent them from submitting their Plan of Reorganization in accordance with 11 U.S.C. § 1121(b). In any event, the Debtor anticipates that a Plan of Reorganization will be on file within the next sixty (60) days.

12. With the exception of quarterly fees, the Debtor has no other expenses.

DATED this 9th day of July, 2014.

**SHUMWAY VAN & HANSEN**

*/s/ Robert A. Ryan*
Michael C. Van, Esq. #3876
Robert A. Ryan, Esq. #12084
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile:  (702) 478-7779
*Email: michael@shumwayvan.com*
         *rob@shumwayvan.com*
*Attorneys for Debtor*

3